UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2013 APR 25 AM 11: 44

_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. |
| | : | |
| DAVID FAULKNER | : | 2:13-cr-56-1 |

## INDICTMENT

The Grand Jury charges:

On or about February 1, 2013, in the District of Vermont, DAVID FAULKNER, the defendant, did knowingly possess at least one matter which contained visual depictions that had been shipped and transported using any means and facility of interstate and foreign commerce, and shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed, and so shipped and transported, by any means including by computer, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, that is: DAVID FAULKNER knowingly possessed computer storage media that contained one or more visual depictions of minors under the age of 18 years engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A).

(18 U.S.C. § 2252(a)(4)(B))

A TRUE BILL

███████████████

FOREPERSON

_____ (BAM)
TRISTRAM J. COFFIN
United States Attorney

Burlington, Vermont
April 25, 2013